IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| KAREN ENDSLEY,<br><br>  Plaintiff<br><br>v.<br><br>NEWREZ LLC fka NEW PENN FINANCIAL, LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>  Defendant. | § § § § § § § § § § § § § Civil Action No. 5:22-CV-00144-RWS |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that Plaintiff's claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 27th day of March, 2024.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE